UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONWIDE AGRIBUSINESS INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>v.<br><br>JOSE LORENZO RICO LUNA AND DOE 1-20,<br><br>        Defendants. | No.  1:20-cv-01218-DAD-HBK<br><br>**DISMISSAL WITH PREJUDICE UNDER FED. R. CIV. P. 41(a)(1)**<br><br>(Doc. No. 15) |

On January 8, 2021, Plaintiff filed a Notice of Voluntary Dismissal under Fed. R. Civ. P. 41(a). (Doc. No. 15). The Notice states the dismissal is with prejudice. (*Id.*). Under Fed. R. Civ. P. 41(a)(1)(A)(i), a plaintiff may dismiss a case without a court order when the notice of dismissal is filed before the opposing party serves either an answer or a motion for summary judgment. The docket reveals Defendants have neither answered nor filed a motion for summary judgment. Based on Plaintiff's Notice this case is dismissed with prejudice. Fed. R. Civ. P. 41(a)(1)(B); see *also Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).

**Accordingly**:

This action is dismissed with prejudice under Fed. R. Civ. P. 41(a)(1) and the Clerk of Clerk of Court is directed to close this case.

1

IT IS SO ORDERED.

Dated:  January 11, 2021

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE